# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

State of Texas
Plaintiff

v.

2:24-cv-00086-z
Civil Action No.

The United States of America et al.,
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs the State of Texas

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Not applicable. Plaintiffs are governmental entities

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

State of Texas, The United States of America, Miguel Cardona, in his official capacity as Secretary of Education, United States Department of Education, Catherine Lhamon, in her official capacity as Assistant Secretary for Civil Rights, Randolph Wills, in his official capacity as Deputy Assistant Secretary for Enforcement

| | |
|---|---|
| Date: | April 29, 204 |
| Signature: | /s/ Ryan D. Walters |
| Print Name: | Ryan D. Walters |
| Bar Number: | 24105085 |
| Address: | P.O Box 12548, Capitol Station |
| City, State, Zip: | Austin, Texas 78711-2528 |
| Telephone: | 512-463-2100 |
| Fax: | 512-457-4410 |
| E-Mail: | ryan.walters@oag.texas.gov |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons