UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| State of Texas,<br><br> *Plaintiff*,<br><br>v.<br><br>The United States of America et al.,<br>*Defendants*. | No. 2:24-cv-00086-z |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

 I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

 I further certify that no portion of any filing in this case have or will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: April 29, 2024        Respectfully submitted,

1

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | */s/Kathleen T. Hunker*<br>**KATHLEEN T. HUNKER**<br>Special Counsel<br>Texas Bar No. 24118415 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | Kathleen.Hunker@oag.texas.gov |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | Office of the Attorney General of Texas<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: 512-463-2100<br>Fax: 512-457-4410 |
| | **COUNSEL FOR PLAINTIFF**<br>**STATE OF TEXAS** |

2