UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| State of Texas,<br><br>*Plaintiff*,<br><br>v.<br><br>The United States of America et al.,<br>    *Defendants.* | No. 2:24-cv-00086-Z |

### DECLARATION OF MICHAEL MEYER

1. My name is Michael Meyer. I am over 18 years of age, of sound mind, and capable of making this declaration. I have personal knowledge of the facts stated herein.

2. I am the Deputy Commissioner of Finance at the Texas Education Agency (TEA). I have held this position since June 2018.

3. Educational programs and activities in Texas are funded through TEA. *See* Tex. Educ. Code § 7.021; § 7.031.

4. In the 2023 Fiscal Year, approximately $9.4 billion in federal funds were distributed to Texas public schools for educational programs and activities in Texas through TEA, including but not limited to: ongoing programs funded under the Elementary and Secondary Education Act, the Individuals with Disabilities Education Act, and the Strengthening Career and Technical Education for the 21st Century Act (Perkins V), and temporary programs funded through the Elementary and Secondary School Emergency Relief Fund via the Coronavirus Response and Relief Supplemental Appropriations Act, and the American Rescue Plan Act.

5. The information above reflects only the federal funds received by Texas public schools through TEA. In Fiscal Year 2023, public schools in Texas received another approximately $4.8 billion in federal funding, including about $0.4 billion received directly from the federal government and about $4.4 billion distributed through entities other than TEA. In addition, public schools received approximately $26.8 billion in state funding in Fiscal Year 2023.

6. Almost all Texas public schools receive federal funds that are distributed by TEA. Additionally, the Texas School for the Blind and Visually Impaired ("TSBVI") and the Texas School for the Deaf ("TSD"), directly operated by the State of Texas, receive federal funds distributed by TEA.

**Exhibit A**

7. To receive federal funds, a public school, TSBVI, or TSD must provide assurance of compliance with applicable federal statutes and rules. If a recipient is found to be in non-compliance by the federal entity that awarded the funds, the recipient may be subject to enforcement action such as repayment of funds or loss of future funding.

8. The loss of federal funds would require Texas's public schools to either eliminate certain educational services offered using federal funds or find funding from another source.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 10th day of May, 2024, in Austin, Texas.

_____
MICHAEL MEYER