# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

STATE OF TEXAS ET AL.,
    *PLAINTIFFS*,

V.

THE UNITED STATES OF AMERICA ET AL.,
    *DEFENDANTS*.

NO. 2:24-CV-00086-Z

## Plaintiffs' Motion for Leave to Exceed the Page Limit for Their Motion for Stay of Agency Action and Preliminary Injunction

Plaintiffs respectfully request permission for their Motion for Stay of Effective Date of Agency Action and Preliminary Injunction to exceed the page limit by 25 pages, making the combined filing 50 pages. Plaintiffs' motion raises complex issues in a case of national importance, and Plaintiffs require these extra pages to adequately present these issues to the Court. They seek this enlargement for good cause and in the interest of justice. As indicated in the certificate of conference, Defendants are unable at this time to state whether or not they oppose this motion.

Dated: May 13, 2024.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

*/s/Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Ryan.Walters@oag.texas.gov

**AMY SNOW HILTON**
Special Counsel
Amy.Hilton@oag.texas.gov

**KATHLEEN T. HUNKER**
Special Counsel
Kathleen.Hunker@oag.texas.gov

**JOHNATHAN STONE**
Special Counsel
Johnathan.Stone@oag.texas.gov

**GARRETT GREENE**
Special Counsel
Garrett.Greene@oag.texas.gov

Respectfully submitted.

**MUNERA AL-FUHAID**
Special Counsel
Munera.Al-fuhaid@oag.texas.gov

**ZACHARY BERG**
Special Counsel
Zachary.Berg@oag.texas.gov

**ETHAN SZUMANSKI**
Special Counsel
Ethan.Szumanski@oag.texas.gov

**KYLE TEBO**
Assistant Attorney General
Kyle.Tebo@oag.texas.gov

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

**COUNSEL FOR STATE OF TEXAS**

**GENE P. HAMILTON**
America First Legal Foundation
611 Pennsylvania Ave. SE #231
Washington, DC 20003
(202) 964-3721
Gene.Hamilton@aflegal.org

**COUNSEL FOR STATE OF TEXAS, DANIEL A. BONEVAC & JOHN HATFIELD**

**JONATHAN F. MITCHELL**
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
Jonathan@mitchell.law

**COUNSEL FOR DANIEL A. BONEVAC & JOHN HATFIELD**

### CERTIFICATE OF CONFERENCE

I certify that around 10:45 am CT on May 13, 2024, I conferred by telephone and email with George Padis, Assistant U.S. Attorney for the Northern District of Texas, about this motion. Via email at 4:44 pm CT, he forwarded my email request to Elizabeth Tulis at DOJ, the attorney assigned to this case. At 8:32 pm CT on May 13, 2024, Ms. Tulis informed me that she could not give me an answer regarding this motion until May 14, 2024.

*/s/ Ryan D. Walters*
RYAN D. WALTERS

### CERTIFICATE OF SERVICE

I certify that on May 13, 2024, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record. The U.S. Attorney for the Northern District of Texas accepted service of process on that office via email today, and I served this document via email to Elizabeth.Tulis@usdoj.gov and George.Padis@usdoj.gov on May 13, 2024.

*/s/ Ryan D. Walters*
RYAN D. WALTERS