UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS ET AL.,<br>   *PLAINTIFFS*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA ET AL.,<br>   *DEFENDANTS*. | NO. 2:24-CV-86-Z |

**ORDER GRANTING PLAINTIFFS'
MOTION TO EXCEED PAGE LIMITS**

On this date, the Court considered Plaintiffs' Motion for Leave to Exceed the Page Limit for their Motion for Stay of Effective Date of Agency Action and Preliminary Injunction. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Exceed Page Limits is hereby **GRANTED.** Plaintiffs shall be permitted 50 pages for their Motion for Stay of Agency Action and Preliminary Injunction.

SIGNED on this the _____ day of _____.

_____
Hon. Matthew J. Kacsmaryk