UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS ET AL.,<br>    *PLAINTIFFS*, | |
| v. | NO. 2:24-CV-86-Z |
| THE UNITED STATES OF AMERICA ET AL.,<br>    *DEFENDANTS*. | |

**ORDER GRANTING PLAINTIFFS'**
**MOTION FOR STAY OF AGENCY ACTION AND PRELIMINARY INJUNCTION**

On this date, the Court considered Plaintiffs' Motion for Stay of Agency Action and Preliminary Injunction. The Court, having considered the arguments and evidence of the parties, is of the opinion that Plaintiffs' Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' Motion is hereby **GRANTED**.

The Final Rule published in the Federal Register as *Nondiscrimination on the Basis of Sex in Educational Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024), is hereby **STAYED** under 5 U.S.C. § 705—its effective date is postponed until the conclusion of this litigation.

The Court hereby **ORDERS** that, as of the date of this order, Defendants and their agents are **ENJOINED** from implementing or enforcing the Final Rule against Plaintiffs. Defendants and their agents are **ENJOINED** from enforcing the Final Rule against Plaintiffs, including Plaintiff State of Texas's instrumentalities, agencies, political subdivisions, schools, school boards, and other public, educationally based institutions. Further, Defendants and their agents are **ENJOINED** from initiating, continuing, or concluding any investigation based on Defendants' interpretation that Title IX includes a prohibition against discrimination on the basis of sexual

orientation, gender identity, pregnancy, or a person's decision to abort an unborn child. Additionally, Defendants and their agents are **ENJOINED** from using the Final Rule or asserting that the Final Rule carries any weight in any litigation in or against Plaintiffs that is initiated following the date of this Order.

This Order shall be binding on Defendants and any officers, agents, servants, employees, attorneys, or other persons in active concert or participation with Defendants.

No bond is required.

**SO ORDERED.**

SIGNED on this the _____ day of _____

_____
Hon. Matthew J. Kacsmaryk