UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS,
    *PLAINTIFF*,

v.

THE UNITED STATES OF AMERICA ET AL.,
    *DEFENDANTS*.

NO. 2:24-CV-00086-Z

## PROPOSED ORDER

Before this Court is Plaintiffs' Motion to Set Expedited Briefing Schedule on their Motion for Preliminary Relief ("Motion"), filed May 13, 2024. Plaintiffs seek relief from Defendant Department of Education's Final Rule which goes into effect on August 1, 2024. *See* 89 Fed. Reg. 33,474.

The Court accordingly **GRANTS** the Motion for expedited briefing. *See generally* Fed. R. Civ. P. 6. The parties are therefore **ORDERED** to comply with the following briefing requirements:

| Filing | Proposed Deadline |
|---|---|
| Defendants' opposition to Plaintiffs' motion for preliminary relief. | **Tuesday, May 28, 2024** |
| Plaintiffs' reply in support of their motion for preliminary relief. | **Monday, June 3, 2024** |

SIGNED on this the _____ day of _____, 2024.

_____
Hon. Matthew J. Kacsmaryk