# UNITED STATES DISTRICT COURT

for the

USDC - Northern District of Texas - Amarillo Division

| | | |
|---|---|---|
| State of Texas; Daniel A. Bonevac; John Hatfield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-86-Z |
| | ) | |
| The United States of America; Miguel Cardona, in his offficial capacity as Secretary of Education; United States Department of Education; Catherine Lhamon, in her official capacity as Assistant Secretary for Civil Rights, Department of Education; Randolph Wills, in his official capacity as Deputy Assistant Secretary for Enforcement, Department of Education | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Catherine Lhamon, In her official capacity as Assistant Secretary for Civil Rights, Department of Education

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Office of the Attorney General of Texas-Consumer Protection , Amaireny Rodriguez , P.O. Box 12548 , Austin, Texas 78711

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:24-cv-86-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Catherine Lhamon, In her official capacity as Assistant Secretary for Civil Rights, Department of Education was received by me on *(date)* May 14, 2024, 11:57 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Matilda Russell Registered Agent of the United States Attorney for the Northern District of Texas , who is designated by law to accept service of process on behalf of *(name of organization)* Catherine Lhamon, In her official capacity as Assistant Secretary for Civil Rights, Department of Education on *(date)* Wed, May 15 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.

I declare under penalty of perjury that this information is true.

Date: 05/15/2024

_____
Server's signature

Susan Mullin PSC-16207
_____
Printed name and title

5711 Purdue St, Amarillo, TX 79109
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 15, 2024, 8:26 am CDT at Company: 500 S. Taylor St. Suite LB238, Amarillo , TX 79101 received by Matilda Russell Registered Agent. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Brown; Other: White female with glasses.;