

**GEORGE M. PADIS,** *Assistant United States Attorney*

1100 Commerce Street, Third Floor
Dallas, Texas 75242

*Telephone*: 214.659.8600
*Facsimile*: 214.659.8811

---

May 13, 2024

Ryan D. Walters                                         *Via email*
Chief, Special Litigation Division
Office of the Texas Attorney General
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548
Ryan.Walters@oag.texas.gov

Re:   *State of Texas v. United States, et al.*, No. 2:24-cv-86-Z (N.D. Tex.)

Dear Mr. Walters:

This letter confirms that on May 13, 2024, I accepted on behalf of the United States Attorney for the Northern District of Texas service of the summonses and complaint in the above-captioned action. *See* Fed. R. Civ. P. 4(*i*)(1)(A)(i).

Please note that my authority to accept service of process is limited to service on the United States Attorney for the Northern District of Texas, and I do not have authority to accept service of process on behalf of the Attorney General for purposes of Fed. R. Civ. P. 4(*i*)(1)(B).

Yours very truly,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GEORGE PADIS
Digitally signed by GEORGE PADIS
Date: 2024.05.13 16:48:05 -05'00'

George M. Padis
Assistant United States Attorney

Cc: Elizabeth Tulis