IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS *et al.*,

    Plaintiffs,

v.                                                    2:24-CV-86-Z

UNITED STATES OF AMERICA *et al.*,

    Defendants.

## ORDER

Before the Court is Plaintiffs' Motion for Stay and Preliminary Injunction ("Motion") (ECF No. 16), filed May 14, 2024. The Defendants filed certificates of service on May 16, 2024. ECF Nos. 17–22. To expeditiously resolve the issues presented, the Court **ORDERS** Plaintiffs to confer with Defendants and agree on a briefing schedule for the Motion.

The Court further **ORDERS** the parties to file a joint notice outlining an agreed briefing schedule no later than **Friday, May 31, 2024**. If the parties cannot agree on a briefing schedule, the Court will impose one.

The Court further **ORDERS** Plaintiffs to send this Order to Defendants no later than **Tuesday, May 28, 2024**.

    **SO ORDERED**.

May 24, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE