UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-86-MJK<br>District Judge Matthew J. Kacsmaryk |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth Tulis of the United States Department of Justice hereby enters her appearance in the above-captioned matter as counsel for Defendants.

Dated: May 31, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney (N.Y. Bar)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Counsel for the Defendants*

1