UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.,*<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-86-Z<br>District Judge Matthew J. Kacsmaryk |

**[PROPOSED] ORDER**

Defendant's Motion to Consolidate Cases (ECF No. __) is GRANTED.

This case shall be consolidated for all further proceedings with *Carroll Independent School District v. United States Department of Education, et al.*, 4:24-cv-00461-O (N.D. Tex.).

This case shall be the lead case.

It is so ordered.

Dated: _____, 2024

_____
MATTHEW J. KACSMARYK
United States District Judge

1