IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendants. | 2:24-CV-86-Z |

## ORDER

Before the Court is the Parties' Proposed Briefing Schedules for Motion for Section 705 Stay and Preliminary Injunction (ECF No. 25), filed May 31, 2024. Plaintiffs filed their Motion to Stay and for Preliminary Injunction (ECF No. 16) on May 14, 2024, setting a response deadline for June 5, 2024. N.D. Tex. Loc. R. 7.1(e). But Defendants seek a nine-day extension "due to the press of business in nine other cases challenging the same Final Rule at issue in this case" that "predated Plaintiffs' Stay/PI Motion." ECF No. 25 at 3.

In light of the foregoing, the Court **ORDERS** Defendants to file a response no later than **Friday, June 14, 2024 at 11:59 p.m.** *See* FED. R. CIV. P. 6(b)(1)(A) (permitting extensions when the request is made before the original time).

Plaintiffs are **ORDERED** to reply no later than **Friday, June 28, 2024 at 11:59 p.m.**, though they may submit a reply sooner if they wish. *See* N.D. Tex. Loc. R. 7.1(f) (reply).

**SO ORDERED**.

June 3, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE