IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS *et al.*,

    Plaintiffs,

v.     2:24-CV-86-Z

UNITED STATES OF AMERICA *et al.*,

    Defendants.

### ORDER

Before the Court is Defendants' Motion to Consolidate Cases ("Motion") (ECF No. 26), filed May 31, 2024. There are pending motions for Stay and for Preliminary Injunction in both this case and in Case No. 4:24-CV-00461-O. Given the expedited nature of both civil actions, the Court **ORDERS** Plaintiffs to file a response to Defendants' Motion no later than **Friday, June 7, 2024 at 11:59 p.m.** Defendants may file a reply, if they wish, due no later than **Sunday, June 9, 2024 at 11:59 p.m.**

SO ORDERED.

June **3**, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE