## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

State of Texas, et al.,

     *Plaintiffs*,

v.

    No. 2:24-cv-86-Z

United States of America, et al.,

     *Defendants.*

### RESPONSE TO MOTION TO CONSOLIDATE

On May 31, 2024 Defendants filed Moiton to Consolidate. ECF No. 26. In the Certificate of Conference, Defendants correctly stated that Plaintiffs opposed the motion at that time. However, given the Court's recent Briefing Scheduling Order, ECF No. 27, Plaintiffs take no position on Defendants' Motion to Consolidate.

Dated: June 7, 2024

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

*/s/Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Ryan.Walters@oag.texas.gov

**AMY SNOW HILTON**
Special Counsel
Amy.Hilton@oag.texas.gov

**KATHLEEN T. HUNKER**
Special Counsel
Kathleen.Hunker@oag.texas.gov

**JOHNATHAN STONE**
Special Counsel
Johnathan.Stone@oag.texas.gov

**GARRETT GREENE**
Special Counsel
Garrett.Greene@oag.texas.gov

Respectfully submitted,

**MUNERA AL-FUHAID**
Special Counsel
Munera.Al-fuhaid@oag.texas.gov

**ZACHARY BERG**
Special Counsel
Zachary.Berg@oag.texas.gov

**ETHAN SZUMANSKI**
Special Counsel
Ethan.Szumanski@oag.texas.gov

**Kyle Tebo**
Assistant Attorney General
Kyle.Tebo@oag.texas.gov

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

**COUNSEL FOR STATE OF TEXAS**

**GENE P. HAMILTON**
America First Legal Foundation
611 Pennsylvania Ave. SE #231
Washington, DC 20003
(202) 964-3721
Gene.Hamilton@aflegal.org

**COUNSEL FOR STATE OF TEXAS, DANIEL A. BONEVAC & JOHN HATFIELD**

**JONATHAN F. MITCHELL**
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
Jonathan@mitchell.law

**COUNSEL FOR DANIEL A. BONEVAC & JOHN HATFIELD**

2

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically

(via CM/ECF) on June 7, 2024 and that all counsel of record were served by CM/ECF.

*/s/Ryan D. Walters*
**RYAN D. WALTERS**