**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al*., <br><br> Defendants. | Case No. 2:24-cv-86-MJK <br> District Judge Matthew J. Kacsmaryk |

## NOTICE OF APPEARANCE

Please take notice that Rebecca Kopplin of the United States Department of Justice hereby enters her appearance in the above-captioned matter as counsel for Defendants.

Dated: June 7, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

/s/ Rebecca Kopplin
REBECCA KOPPLIN
Trial Attorney (Cal. Bar)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-3953
Fax: (202) 616-8470
E-mail: rebecca.m.kopplin@usdoj.gov

*Counsel for the Defendants*