IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **State of Texas,** et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> **United States of America,** et al., <br><br> *Defendants*. | **Case No.** 2:24-CV-86-Z |

### [PROPOSED] ORDER
### GRANTING MOTION FOR LEAVE TO FILE A RESPONSE AND DENYING MOTION TO CONSOLIDATE CASES

Defendants filed a motion to consolidate (ECF No. 26) this case with *Carroll Independent School District v. Department of Education, et al.*, No. 4:24-cv-461-O. Non-party Carroll ISD, the plaintiff in that case, moved for leave to file a response in opposition to Defendants' motion. Having considered the briefs and arguments of the parties and of non-party Carroll ISD, the Court orders:

Carroll ISD's motion for leave to file a response in opposition (ECF No. 29) is GRANTED.

Defendants' motion to consolidate cases (ECF No. 26) is DENIED.

IT IS SO ORDERED.

Signed this __ day of ____, 2024.

_____
Hon. Matthew J. Kacsmaryk
United States District Judge