UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br> Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br> Defendants. | Case No. 2:24-CV-86-Z<br>District Judge Matthew J. Kacsmaryk |

**[PROPOSED] ORDER GRANTING
MOTION TO APPEAR WITHOUT LOCAL COUNSEL**

On this date, the Court considered the Motion for Leave to Appear Without Local Counsel of the Proposed Amici States of California, New Jersey, and Pennsylvania. After considering said Motion, the Court believes the Motion is meritorious and the Motion is GRANTED.

The Court grants Proposed Amici States of California, New Jersey, and Pennsylvania, leave to appear without local counsel.

**SO ORDERED**

Dated: June ____, 2024

                _____
                DAVID C. GODBEY
                Chief United States District Judge