IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, | |
|     Plaintiffs, | |
| v. | 2:24-CV-86-Z |
| UNITED STATES OF AMERICA *et al.*, | |
|     Defendants. | |

## ORDER

Before the Court is California, New Jersey, and Pennsylvania's ("Proposed Amici States") Motion for Leave to Appear Without Local Counsel ("Motion") (ECF No. 32), filed June 7, 2024. "Proposed Amici States do not seek party status or to participate in oral argument, but only to file an amicus brief to provide the Court with useful information to aid the Court in resolving the pending motion [for stay and preliminary injunction]." ECF No. 32 at 2.

The Motion is **GRANTED**. Proposed Amici States do not require local counsel and may file an amicus brief regarding Plaintiffs' Motion for Stay and Preliminary Injunction (ECF No. 16) **no later than Friday, June 14, 2024 at 11:59 p.m.** The amicus brief must be **no longer than 25 pages in 12-point, double-spaced font**.

**SO ORDERED**.

June 10, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE