UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>     *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA et al.,<br><br>     *Defendants.* | No. 2:24-cv-00086-Z |

NOTICE OF APPEARANCE

Garrett Greene, Special Counsel, hereby enters his appearance as co-counsel for the State of Texas in this matter. Mr. Greene is a member in good standing with the State Bar of Texas. His contact information is contained in the signature block:

1

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | */S/Garrett Greene*<br>**GARRETT GREENE**<br>Special Counsel<br>Tex. State Bar No. 24096217<br>Garrett.Greene@oag.texas.gov |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **RYAN D. WALTERS**<br>Chief, Special Litigation Division<br>Texas Bar No. 24105085<br>Ryan.Walters@oag.texas.gov |
| **GENE P. HAMILTON**<br>America First Legal Foundation<br>Virginia Bar No. 80434<br>611 Pennsylvania Ave. SE #231<br>Washington, DC 20003<br>(202) 964-3721<br>Gene.Hamilton@aflegal.org | **AMY SNOW HILTON**<br>Special Counsel<br>Texas Bar No. 24097834<br>Amy.Hilton@oag.texas.gov |
| | **KATHLEEN T. HUNKER**<br>Special Counsel<br>Texas Bar No. 24118415<br>Kathleen.Hunker@oag.texas.gov |
| **JONATHAN F. MITCHELL**<br>Texas Bar No. 24075463<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>Jonathan@mitchell.law | **JOHNATHAN STONE**<br>Special Counsel<br>Tex. State Bar No. 24071779<br>Johnathan.Stone@oag.texas.gov |
| | Office of the Attorney General of Texas<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: 512-463-2100<br>Fax: 512-457-4410 |
| | **COUNSEL FOR PLAINTIFF**<br>**STATE OF TEXAS** |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 12, 2024 and that all counsel of record were served by CM/ECF.

*/s/ Garrett Greene*
Garrett Greene
