**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.,* | |
| Plaintiffs, | |
| v. | Case No. 2:24-cv-86-Z |
| | District Judge Matthew J. Kacsmaryk |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

Defendants' Motion for Leave to Exceed Page Limit (ECF No. __) is GRANTED.

Defendants may file a brief of up to 50 pages in support of their response to Plaintiffs' motion

for stay of agency action and preliminary injunction.

It is so ordered.


Dated: _____, 2024                              _____
                                                       MATTHEW J. KACSMARYK
                                                       United States District Judge

1