IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendants. | 2:24-CV-86-Z |

**ORDER**

Before the Court is Defendants' Motion for Leave to Exceed Page Limit ("Motion") (ECF No. 37), filed June 13, 2024. Defendants "request leave to exceed the normal 25-page limit for their brief in response, and to file a response brief of up to 50 pages." ECF No. 37 at 1. The parties also agree that Plaintiffs may extend their reply-brief limit from 10 to 20 pages. *Id.*

The Motion is **GRANTED**. Defendants are therefore **ORDERED** to file a response brief by June 14, 2024 at 11:59 p.m. CDT **not to exceed 50 pages**. Plaintiffs are further **ORDERED** to file a reply brief no later than June 28, 2024 at 11:59 p.m. CDT **not to exceed 20 pages**.

**SO ORDERED**.

June 14, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE