UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, et. al., <br><br> *Plaintiffs,* <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et. al., <br><br> *Defendants.* | Case No. 2:24-cv-86-Z |

## [PROPOSED] ORDER

Before the Court is Citizens Defending Freedom's Motion to Appear Without Local Counsel as an *amicus curiae*. Having considered the Motion and applicable law, and because Citizens Defending Freedom state of their limited appearance to file an *amicus curiae* brief, the Court hereby **GRANTS** their motion.

Citizens Defending Freedom may appear without local counsel and may file an amicus brief no later than _____, 2024.

**SO ORDERED** on this ___ day of June 2024.

_____
The Honorable Matthew J. Kacsmaryk
United States District Judge