IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-86-Z |
| UNITED STATES OF AMERICA *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Citizens Defending Freedom's ("Citizens") Motion for Leave to File Amicus Curiae Brief (ECF No. 42) and Motion for Leave to Appear Without Local Counsel (ECF No. 43) (collectively, "Motions"), filed June 26, 2024. "[A]ll parties consent to Citizens Defending Freedom's motion for leave to file a brief as amicus curiae." ECF No. 42 at 1.

The Motions are **GRANTED**. Citizens may appear without local counsel for the sole purpose of filing the foregoing amicus brief. The Clerk is therefore **DIRECTED** to file that brief, currently docketed at ECF No. 42-1, as a separately filed amicus brief.

**SO ORDERED**.

June 27, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE