# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.,*<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-86-Z<br>District Judge Matthew J. Kacsmaryk |

## [PROPOSED] ORDER

Defendants' Motion To Stay Answer Deadline Pending Decision on Plaintiffs' Motion for Preliminary Relief (ECF No. __) is GRANTED. The deadline for Defendants to answer or otherwise respond to the complaint is STAYED until 21 days after the Court issues its decision on Plaintiffs' pending Motion for Stay of Agency Action and Preliminary Injunction.

It is so ordered.


Dated: _____, 2024

_____
MATTHEW J. KACSMARYK
United States District Judge

1