# Shawn M. Flynn

Michigan State Bar
P82209, November 17, 2017

Florida State Bar
1040911, November 18, 2022

| Court | Period of Admission | Bar No. |
|---|---|---|
| Fourth Circuit, Court of Appeals | November 2019 | P82209 |
| E.D. Mich. | October 2021 | P82209 |
| W.D. Mich. | November 2021 | P82209 |
| N.D. Fla. | December 8, 2022 | 1040911 |
| M.D. Fla. | February 2, 2023 | 1040911 |
| S.D. Fla. | February 16, 2023 | 1040911 |
| Michigan State Court | November 17, 2017 | P82209 |
| Florida State Court | November 18, 2022 | 1040911 |
| United States Court of Appeals – District of Colombia Circuit | April 26, 2023 | 64550 |
| Eleventh Circuit, Court of Appeals | April 21, 2023 | |
| D.D.C. | May 1, 2023 | MI0101 |
| United States Court of Federal Claims | March 5, 2024 | |