# Lindsay R. McKasson

| Court | Period of Admission | Bar No. Submitted |
|---|---|---|
| 5th Circuit, Court of Appeals | 09/2021 Present | DC 1618740 |
| 7th Circuit, Court of Appeals | 02/21/2020 - Present | DC 1618740 |
| 8th Circuit, Court of Appeals | 01/04/2022 - Present | N/A |
| 9th Circuit, Court of Appeals | 08/14/2017 - Present | CA 293144 |
| N.D. Cal. | 12/19/2014 - Present | CA 293144 |
| E.D. Cal. | 01/20/2015 - Present | CA 293144 |
| E.D. Tx. | 03/03/2022 - Present | VA 96074 |
| E.D. Va. | 03/02/2021 - Present | VA 96074 |
| D.D.C. | 03/01/2021 - Present | DC 1618740 |
| E.D. Wis. | 02/01/2019 - Present | CA 293144 |
| California State Courts | 12/06/2013 - Present | CA 293144 |
| District of Columbia Courts | 3/18/2019 – Present | DC 1618740 |
| Virginia State Courts | 11/20/2020 – Present | VA 96074 |