IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendants. | 2:24-CV-86-Z |

**ORDER**

Before the Court is Defendants' Unopposed Motion to Stay Answer Deadline ("Motion") (ECF No. 47), filed July 11, 2024. The Motion is **DENIED** as **MOOT** because the Court has since issued a decision regarding Plaintiffs' Motion for Preliminary Injunction. *See generally* ECF No. 48.

Defendants are therefore **ORDERED** to answer by their deadline of **July 15, 2024**.

**SO ORDERED**.

July 12, 2024

                                                MATTHEW J. KACSMARYK
                                                UNITED STATES DISTRICT JUDGE