# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.,*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　Defendants. | Case No. 2:24-cv-86-Z<br>District Judge Matthew J. Kacsmaryk |

## [PROPOSED] ORDER

Defendants' Unopposed Motion for Extension of Time To File Response to Complaint (ECF No. __) is GRANTED. The deadline for Defendants to answer or otherwise respond to the complaint is extended to August 5, 2024.

It is so ordered.


Dated: _____, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1