IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendants. | 2:24-CV-86-Z |

## ORDER

Before the Court are Defendants' Unopposed Motion for Extension of Time (ECF No. 52) and Citizens Defending Freedom's Applications for Admission Pro Hac Vice (ECF Nos. 49, 50). They are all **GRANTED**.

Shawn M. Flynn and Lindsay R. McKasson ("Applicants") are attorneys licensed to practice in the District of Columbia. ECF Nos. 49-2, 50-2. Applicants have read and will comply with *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules. And this Court has already allowed Citizens Defending Freedom to appear without local counsel. ECF No. 44 at 1.

Defendants **ORDERED** to file an "answer, or otherwise respond to Plaintiffs' Amended Complaint," ECF No. 52 at 1, **no later than August 5, 2024**, *see* FED. R. CIV. P. 6(b)(1)(A) (permitting extensions when the request is made before the original time).

**SO ORDERED**.

July 15, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE