IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendants. | 2:24-CV-86-Z |

## ORDER

Before the Court are Citizens Defending Freedom's Applications for Admission Pro Hac Vice (ECF Nos. 54, 55). They are **GRANTED**.

James H.K. Bruner and Jonathan K. Hullihan ("Applicants") are attorneys licensed to practice in the states of Florida and Texas, respectively. ECF Nos. 54-1, 55-2. Applicants have read and will comply with *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules. And this Court has already allowed Citizens Defending Freedom to appear without local counsel. ECF No. 44 at 1.

**SO ORDERED**.

July 23, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE