## Benjamin F. North

| Court | Period of Admission | Bar No. Submitted |
|---|---|---|
| Virginia State Courts | 1/25/22 - Present | VA 97439 |
| US Court of Appeals – First Circuit | 4/11/22 - Present | 1203266 |
| E.D. Va. | 3/11/22 - Present | VA 97439 |
| W.D. Va. | 3/21/22 - Present | VA 97439 |
| N.D. Ohio | 4/1/2024 | VA 97439 |
| Maryland | May 05, 2024 | 31118 |
| US Court of appeals – fourth circuit | 09/15/2022 | VA 97439 |