IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-86-Z |
| UNITED STATES OF AMERICA *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Citizens Defending Freedom's Application for Admission Pro Hac Vice (ECF No. 57). It is **GRANTED**.

Benjamin F. North ("Applicant") is an attorney licensed to practice in the state of Virginia. ECF No. 57-2. Applicant has read and will comply with *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules. And this Court has already allowed Citizens Defending Freedom to appear without local counsel. ECF No. 44 at 1.

**SO ORDERED**.

July 26, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE