UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-86-Z<br>District Judge Matthew J. Kacsmaryk |

**[PROPOSED] SCHEDULING ORDER**

It is hereby ORDERED that the following schedule is entered:

1. The deadline for Defendants' answer or other response to the complaint is held in abeyance.

2. The Department of Education will produce the administrative record to Plaintiffs by September 20, 2024.

3. The parties will file a joint status report with a proposed briefing schedule for cross-motions for summary judgment no more than 21 days after the Department of Education's production of the administrative record.

Dated: _____, 2024

_____
MATTHEW J. KACSMARYK
United States District Judge

1