IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendants. | 2:24-CV-86-Z |

# ORDER

Before the Court is the parties' Joint Motion to Hold Defendants' Responsive Pleading Deadline in Abeyance and Enter a Schedule ("Motion") (ECF No. 59), filed July 30, 2024. Defendants' current answer and responsive deadline is August 5, 2024, *see* ECF No. 53, and the parties seek to pause this deadline until summary judgment briefing. ECF No. 59 at 1. The Motion is **GRANTED**.

It is therefore **ORDERED** that the following schedule is entered:

1. The deadline for Defendants' answer or response to the complaint is held in abeyance.

2. The Department of Education will produce the administrative record to Plaintiffs by September 20, 2024.

3. The parties will file a joint status report with a proposed briefing schedule for cross-motions for summary judgment no more than 21 days after the Department of Education's production of the administrative record.

**SO ORDERED**.

August 2, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE