# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-86-Z<br>District Judge Matthew J. Kacsmaryk |

## NOTICE OF APPEAL

NOTICE is hereby given that defendants United States of America; Miguel Cardona, in his official capacity as Secretary of Education; United States Department of Education; Catherine Lhamon, in her official capacity as Assistant Secretary for Civil Rights, Department of Education; and Randolph Wills, in his official capacity as Deputy Assistant Secretary for Enforcement, Department of Education (together, "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the Court's July 11, 2024, Memorandum Opinion and Order (ECF No. 48) granting in part Plaintiffs' Motion for Stay of Agency Action and Preliminary Injunction (ECF No. 16).

Dated: September 6, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
REBECCA KOPPLIN

1

BENJAMIN TAKEMOTO
PARDIS GHEIBI
CLAYTON BAILEY
JOHN T. LEWIS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*