UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 2:24-CV-86-Z |
| v. | § § | |
| UNITED STATES OF AMERICA, *et al.*, | § § | |
| *Defendants*. | § § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL**

Before the Court is the Joint Motion to Stay Proceedings Pending Appeal. After due consideration of the Joint Motion and the applicable law, the Court finds the Joint Motion should be and is hereby **GRANTED**. It is hereby **ORDERED** that:

1. All deadlines and proceedings in this case are **STAYED** until 30 days after Defendants' appeal, ECF No. 61, is finally resolved and the mandate is returned to this Court.

2. It is further **ORDERED** that the parties file a joint status report within 30 days of the return of the mandate to this Court proposing a schedule for further proceedings in this case.

**SO ORDERED.**

_____, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE