IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendants. | 2:24-CV-86-Z |

# ORDER

Before the Court is the parties' Joint Motion to Stay Proceedings Pending Appeal ("Motion") (ECF No. 62), filed October 2, 2024. The Motion is **GRANTED**.

It is therefore **ORDERED** that all deadlines and proceedings in this case are **STAYED** until 30 days after Defendants' appeal, ECF No. 61, is finally resolved and the mandate is returned to this Court. The Court's amended scheduling order, ECF No. 60, is no longer in effect.

It is further **ORDERED** that the parties file a joint status report within 30 days of the return of the mandate to this Court proposing a schedule for further proceedings.

The clerk is **DIRECTED** to administratively **CLOSE** the case.

**SO ORDERED**.

October 7, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE