# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br>     *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br>     *Defendants*. | CIVIL ACTION NO. 2:24-cv-00086-Z |

## PLAINTIFF STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW JOHNATHAN STONE AS COUNSEL

Plaintiff State of Texas (Texas) files this Unopposed Motion to Withdraw Johnathan Stone as counsel of record.

Mr. Stone has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation, and Texas respectfully requests that he be withdrawn as its counsel. Texas will continue to be represented by co-counsel listed below. This withdrawal is unopposed and will not delay any proceedings.

Dated: October 9, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division
Texas State Bar No. 24105085

KATHLEEN T. HUNKER
Special Counsel
Texas State Bar No. 24118415

GARRETT GREENE
Special Counsel
Texas State Bar No. 24096217

*/s/ Johnathan Stone*
JOHNATHAN STONE
Chief, Consumer Protection Division
Texas State Bar No. 24125371

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
ryan.walters@oag.texas.gov
kathleen.hunker@oag.texas.gov
garrett.greene@oag.texas.gov
johnathan.stone@oag.texas.gov

GENE P. HAMILTON
Virginia Bar No. 80434
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
gene.hamilton@aflegal.org

**Counsel for Plaintiff State of Texas**

**CERTIFICATE OF CONFERENCE**

  I hereby certify that on October 7, 2024, I conferred with all counsel by email, and none were opposed to this motion.

                */s/ Johnathan Stone*
                JOHNATHAN STONE
                Chief, Consumer Protection Division

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 9, 2024, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF, which automatically serves all counsel of record.

                */s/Johnathan Stone*
                JOHNATHAN STONE