UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br>     *Plaintiffs*, <br> v. <br> THE UNITED STATES OF AMERICA, et al., <br>     *Defendants*. | CIVIL ACTION NO. 2:24-cv-00086-Z |

**ORDER GRANTING PLAINTIFF STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW JOHNATHAN STONE AS COUNSEL**

On this date, the Court considered Plaintiff State of Texas's Unopposed Motion to Withdraw Johnathan Stone as counsel of record. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Johnathan Stone is hereby withdrawn as counsel of record for State of Texas.

SO ORDERED and SIGNED this _____ day of _____, 2024.

_____
MATTHEW J. KACSMARYK
United States District Judge