IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-86-Z |
| UNITED STATES OF AMERICA *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Plaintiff State of Texas' Unopposed Motion to Withdraw Johnathan Stone as Counsel ("Motion") (ECF No. 66), filed October 9, 2024. Stone has "accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation, and Texas respectfully requests that he be withdrawn as counsel." *Id.* at 1. "Texas will continue to be represented by co-counsel" listed in the Motion. *Id.* The Motion is **GRANTED**. *See* N.D. Tex. Loc. R. 83.12(a) (specifying that a motion to withdraw must "specify the reasons requiring withdrawal . . . .").

**SO ORDERED.**

October 10, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE