UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS; <br> DANIEL A. BONEVAC; <br> JOHN HATFIELD, <br>    *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; the UNITED STATES DEPARTMENT OF EDUCATION; CATHERINE LHAMON, in her official capacity as Assistant Secretary for Civil Rights; Department of Education; and RANDOLPH WILLIS, in his official capacity as Deputy Assistant Secretary for Education, Department of Education, <br>    *Defendants*. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-86-Z |

## PLAINTIFF STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW RYAN WALTERS AS COUNSEL

Plaintiff, the State of Texas (Texas), files this Unopposed Motion to Withdraw Ryan D. Walters as counsel of record in this matter.

Mr. Walters has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation, and Texas respectfully requests that he be withdrawn as its counsel. Texas will continue to be represented by co-counsel listed below. This withdrawal is unopposed and will not delay any proceedings.

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | */s/Ryan D. Walters*<br>**RYAN D. WALTERS**<br>Deputy Attorney General for Civil Litigation |
| **BRENT WEBSTER**<br>First Assistant Attorney General | Texas Bar No. 24105085<br>Ryan.Walters@oag.texas.gov |
| **RALPH MOLINA**<br>Deputy First Attorney General | **KATHLEEN T. HUNKER**<br>Special Counsel<br>Texas Bar No. 24118415 |
| **AUSTIN KINGHORN**<br>Deputy Attorney General for Legal Strategy | Kathleen.Hunker@oag.texas.gov<br><br>**GARRETT GREENE**<br>Special Counsel<br>Tex. State Bar No. 24096217<br>Garrett.Greene@oag.texas.gov<br><br>Office of the Attorney General of Texas<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: 512-463-2100<br>Fax: 512-457-4410<br><br>**COUNSEL FOR PLAINTIFF**<br>**STATE OF TEXAS** |

### CERTIFICATE OF CONFERENCE

I certify that on January 30, 2025, I conferred with all counsel by email, and none were opposed to this motion

*/s/ Ryan D. Walters*
RYAN D. WALTERS

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 31, 2025, and that all counsel of record were served by CM/ECF.

*/s/ Ryan D. Walters*
RYAN D. WALTERS