# United States Court of Appeals for the Fifth Circuit

**A True Copy**
**Certified order issued Apr 07, 2025**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**
April 7, 2025

Lyle W. Cayce
Clerk

No. 24-10832

───────────────

STATE OF TEXAS; DANIEL A. BONEVAC; JOHN HATFIELD,

*Plaintiffs—Appellees,*

*versus*

THE UNITED STATES OF AMERICA; LINDA MCMAHON, *Acting Secretary, U.S. Department of Education*; DEPARTMENT OF EDUCATION; CATHERINE LHAMON, *in her official capacity as Assistant Secretary for Civil Rights, Department of Education*; RANDOLPH WILLS, *in his official capacity as Deputy Assistant Secretary for Enforcement, Department of Education*,

*Defendants—Appellants.*

───────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-86

───────────────

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(B), the appeal is dismissed as of April 07, 2025, pursuant to the joint motion of the parties.

No. 24-10832

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT