IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-086-Z |
| UNITED STATES, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is parties' Joint Status Report, filed May 7, 2025. ECF No. 74. The Court previously granted parties' joint motion to stay all deadlines and proceedings in the instant case until thirty days after Defendants' appeal to the United States Court of Appeals for the Fifth Circuit. ECF No. 63. The Court also ordered parties to file a joint status report within thirty days of the return of the mandate. *Id.*

Since that order, the Court of Appeals has dismissed Defendants' appeal under Federal Rule of Appellate Procedure 42(b) pursuant to the joint motion of the parties. *See* ECF No. 72. Now, the parties jointly request that "the Court continue the stay of all deadlines and proceedings in this case pending resolution of two related cases, *Carroll Ind. Sch. Dist. v. U.S. Dep't of Educ.*, No. 4:24-cv-00461-O (N.D. Tex.) and *Tennessee v. Cardona*, No. 2:24-072-DCR (E.D. Ky.)." ECF No. 74 at 2. In *Tennessee,* two proposed intervenors filed notices of appeal to the United States Court of Appeals for the Sixth Circuit, which have not yet been decided. ECF No. 74 at 2–3. And in *Carroll ISD,* those same proposed intervenors have also moved to intervene; those motions remain pending. *Id.* at 3.

As parties correctly note, "[b]ecause the *Tennessee* and *Carroll ISD* cases are not fully resolved, there is still a possibility that the district courts' vacatur orders in those cases will

be at least partially reversed." *Id.* Such resolution may moot several of the claims in the instant case. Accordingly, the Court **ORDERS** that all deadlines and proceedings in this case are **STAYED** until the *Tennessee* and *Carroll ISD* matters are resolved.

It is further **ORDERED** that the parties file another joint status report proposing a schedule for further proceedings within thirty days of the resolution of both the *Tennessee* and *Carroll ISD* cases.

**SO ORDERED**.

May 15, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2