IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

2:24-CV-086-Z

## ORDER

Before the Court is the parties' Joint Status Report, filed June 18, 2026. ECF No. 78. The parties filed the Joint Status Report pursuant to the Court's prior Order staying this case until the conclusion of related litigation in this District and in the Eastern District of Kentucky. *See* ECF No. 75 at 1–2. That prior Order also required the parties to "file another joint status report proposing a schedule for further proceedings within thirty days of the resolution" of those cases. *See id.* at 2. The appeals in those cases concluded on May 13 and May 19, 2026, so this Joint Status Report is timely filed. ECF No. 78 at 2.

The parties disagree about what should happen next. Plaintiffs argue that although the district courts in those two cases "reached final judgment and vacated the Final Rule" at issue here, their "claims are not automatically moot" because they are challenging more than just the Final Rule. ECF No. 78 at 2 (noting that "Plaintiffs also challenge the Department of Education's unlawful interpretation of 'sex' in Title IX"). Plaintiffs also correctly point out that the Department of Justice has adopted conflicting positions on the scope of vacatur under the Administrative Procedure Act. *Compare id.* ("This case has remained dormant long enough for the United States to debut the novel position that a district court's order of vacatur does not apply nationwide to the relief of third parties."), *with id.* at 4–5 (Defendants arguing

that "the at-issue case is now moot" because "[t]he Rule was vacated in its entirety by two district courts"). Plaintiffs ask the Court to stay this case for thirty days while they "consider their position regarding the Challenged Rule and the best path towards resolution"; Defendants want the case dismissed. *Id.* at 1, 5.

Construing the Joint Status Report as a Motion by Plaintiffs to stay this case for thirty days, the Court **GRANTS** the Motion. The parties are **ORDERED** to file another Joint Status Report **on or before July 19, 2026**. If the parties continue to disagree about the effect of the Final Rule's vacatur in other litigation, they must propose a briefing schedule to bring this case to a swift resolution.

**SO ORDERED**.

June 24, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2