IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

2:24-CV-086-Z

## ORDER

Before the Court is the parties' Joint Status Report, filed July 20, 2026. ECF No. 80. The parties "request that the Court continue its stay of litigation for an additional fifteen (15) days to allow the Parties to continue their discussions regarding the proceedings in this matter." *Id.* at 1. "Based on their ongoing discussions, the Parties anticipate that this matter will soon be terminated without the need for further litigation." *Id.* Construing the Joint Status Report as a motion to continue the stay for fifteen days, the Court **GRANTS** it. The parties are **ORDERED** to file another status report **on or before August 4, 2026**.

      SO ORDERED.

July **23**, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE